ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUN 26 PM 12: 12

CLERK: *McCarty*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ALBERT THOMAS HENLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 105-185 |
| ) | |
| PIONEER COMMUNITY HOSPITAL and ) | |
| MEDICAL RECORDS DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 16th day of June, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE